# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON H. "QIYAM" POGUE, | 1:07-cv-01577-OWW-SMS-PC |
| Plaintiff, | ORDER VACATING FINDINGS AND RECOMMENDATIONS OF NOVEMBER 5, 2007 |
| v. | (Doc. 5) |
| JAMES YATES, et al., | ORDER DISREGARDING PLAINTIFF'S OBJECTIONS FILED DECEMBER 13, 2007 |
| Defendants. | (Doc. 10) |

Plaintiff, Leon H. "Qiyam" Pogue ("plaintiff") is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. On November 5, 2007, the undersigned issued findings and recommendations, recommending denial of plaintiff's request for a preliminary injunction, in part on the grounds that the court had not yet screened plaintiff's complaint. Plaintiff's complaint has now been screened by the court. In light of new information, the court shall vacate the findings and recommendations of November 5, 2007, and issue new findings and recommendations regarding plaintiff's motion for a preliminary injunction. In addition, plaintiff's objections of December 13, 2007, shall be disregarded.

Based on the foregoing, IT IS HEREBY ORDERED that:

1. The Magistrate's findings and recommendations of November 5, 2007, are VACATED;
2. Plaintiff's objections, filed December 13, 2007, are DISREGARDED; and
3. The court shall issue new findings and recommendations regarding plaintiff's motion for a preliminary injunction.

IT IS SO ORDERED.

**Dated:   January 24, 2008**          /s/ Sandra M. Snyder
UNITED STATES MAGISTRATE JUDGE