UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

LEON H. "QIYAM" POGUE,                       1:07-cv-01577-OWW-SMS-P

        Plaintiff,                **ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 13)

vs.

JAMES YATES, et al.,                         **ORDER DENYING MOTION FOR PRELIMINARY INJUNCTIVE RELIEF** (Doc. 2)

        Defendants.
_____/

    Plaintiff, Leon H. "Qiyam" Pogue ("plaintiff"), is a state prisoner proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On January 25, 2008, the Magistrate Judge filed Findings and Recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the Findings and Recommendations were to be filed within twenty (20) days. On February 20, 2008, plaintiff filed objections to the Magistrate Judge's Findings and Recommendations.

//

1    In accordance with the provisions of 28 U.S.C.
2 § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a
3 de novo review of this case.  Having carefully reviewed the
4 entire file, the Court finds the Findings and Recommendations to
5 be supported by the record and by proper analysis.
6    Accordingly, IT IS HEREBY ORDERED that:
7    1.   The Findings and Recommendations, filed January 25,
8 2008, are ADOPTED IN FULL; and,
9    2.   Plaintiff's motion for preliminary injunctive relief,
10 filed as part of the complaint on October 11, 2007, is DENIED.
11 IT IS SO ORDERED.

**Dated:   March 10, 2008**                    /s/ Oliver W. Wanger
                                            UNITED STATES DISTRICT JUDGE