# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L. H. "QIYAM" Pogue, | No. CV 1-07-1577-GMS |
| Plaintiff, | **ORDER** |
| vs. | |
| Dr. Igbinosa, et al., | |
| Defendants. | |

Pending before the Court is Plaintiff's Request for an Enlargement of Time in Which to Respond to the Court's March 25, 2009 Order (Dkt. # 26). After consideration,

**IT IS HEREBY ORDERED** extending the time in which Plaintiff may respond, to and including, **May 26, 2009.**

DATED this 7th day of April, 2009.

G. Murray Snow
United States District Judge

JDDL