IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>            Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>            Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Notice of Motion and Motion to Modify Scheduling Order (Dkt. # 39). After consideration,

**IT IS HEREBY ORDERED** extending the deadline to file dispositive motions, to and including, **June 11, 2010**.

DATED this 24th day of March, 2010.

_____
G. Murray Snow
United States District Judge