IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| Leon H. Pogue,<br><br>            Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>            Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

Pending before the Court is Defendants' Notice of Motion and Motion to Modify Scheduling Order (Dkt. # 41). Defendants have not shown diligence in timely requesting necessary grievances to review. Therefore, Defendants have not established good cause for extension. Accordingly,

**IT IS HEREBY ORDERED** denying the Motion to Modify Scheduling Order (Dkt. # 41). An Order setting a final pretrial conference will follow.

DATED this 16th day of June, 2010.

_____
G. Murray Snow
United States District Judge