IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>　　　　　Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER SETTING TRIAL** |

A Final Pretrial Conference was held on September 9, 2010.  Plaintiff appeared on his own behalf and Counsel appeared on behalf of Defendant.  On the basis of the parties' written submissions and the hearing,

**IT IS HEREBY ORDERED:**

　　　　1.　　Trial in this matter shall begin on **January 20, 2011 at 9:00 a.m.**

　　　　2.　　The trial shall last no more than **3 days** (January 20, 21 and 24, 2011). Plaintiff shall be allotted **6 hours** of trial time and Defendants shall be allotted **6 hours** of trial time.  The Court will keep track of each side's time.  Opening and closing statements, direct examination, and cross-examination shall be counted against the parties' allotted time.

　　　　3.　　A final conference shall be held on **January 20, 2011 at 8:00 a.m.** in Courtroom One, 8th Floor, Robert E. Coyle Courthouse, United States District Court, 2500 Tulare Street, Fresno, California, 93721.

      4.      The parties' proposed final pretrial order was approved by the Court as the final pretrial order in this case. The Order shall govern the presentation of evidence and other trial issues, and, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, shall be modified only to prevent manifest injustice. Evidence, objections, legal arguments, and relief not requested or identified in the order shall not be available at trial, except to prevent manifest injustice.

      5.      The Court addressed Defendants' Motion in Limine to Exclude Plaintiff from Offering Expert Testimony and Pretrial Motion (Doc. 49). No objection having been made, the Court **grants** the Motion.

      6.      There will be 7 jurors, and the jury will be instructed after closing arguments.

      7.      The original and five copies of all trial exhibits along with exhibit lists shall be submitted to Courtroom Deputy Michelle Rooney no later than **five days prior to trial**. Original for the Courtroom Deputy, one copy for the undersigned, one copy for the court reporter, one copy for the witness stand, one copy for the opposing side, and one copy to be retained by the party. Plaintiff's exhibits shall be pre-marked with the prefix "PX" and numbered sequentially beginning with 100 (e.g., PX-100, PX-101, etc.). Defendant's exhibits shall be pre-marked with the prefix "DX" and lettered sequentially beginning with A (e.g., DX-A, DX-B, etc.).

      DATED this 9th day of September, 2010.

_____
G. Murray Snow
United States District Judge