IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>　　　　　　Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

　　　　Pending before the Court is Plaintiff's Motion for Subpoenas and Motion for a Set of Federal Clothing (Khakis) to be Worn for Trial and Request for Service on Unserved Defendants (Doc. 56). The Court will grant in part and deny in part as follows.

**IT IS HEREBY ORDERED:**

　　　　1.　　Directing the Clerk of the Court to issue and send to Plaintiff three trial subpoenas in blank and three USM-285 forms for Plaintiff to complete with each subpoena.

　　　　2.　　Plaintiff shall complete the subpoenas and corresponding USM-285 forms and return them to the Clerk of the Court. Plaintiff shall have until **October 13, 2010** to return these completed subpoenas and forms to the Court. Upon receipt of the completed subpoenas and USM-285 forms, the Clerk of the Court shall forward the completed subpoenas and forms to the United States Marshal for service.

　　　　3.　　The United States Marshal is directed to serve the trial subpoenas on or before **November 17, 2010** and file notice that it has done so with the Clerk of the Court.

4. To the extent that the correctional institution is able to do so, it is directed to issue Plaintiff federal clothing (khakis) to attend the two to three day trial currently scheduled to begin on January 20, 2011.

5. The Clerk of the Court is directed to send a copy of this Order to the Director or representative of the correctional institution at which Plaintiff is located.

6. The Request for Service on Unserved Defendants is denied as previously explained in the Court's Order (Doc. 52).

DATED this 22nd day of September, 2010.

*G. Murray Snow*
G. Murray Snow
United States District Judge