IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>    Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>    Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

Pending before the Court is Defendants Ahlin, Diep, Igbinosa, Martinez, Price and Yates Motion to Withdraw Appearance and File an Amended Answer (Doc. 53). In the absence of any opposition,

**IT IS HEREBY ORDERED** that Defendants' Motion to Withdraw the Appearance of Ehrman is granted, and Defendants Ahlin, Diep, Igbinosa, Martinez, Price and Yates shall file their Proposed Amended Answer **within ten days** from the date of this Order.

DATED this 4th day of October, 2010.

_____
G. Murray Snow
United States District Judge