IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>　　　　　Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

On September 22, 2010, the Court granted Plaintiff's Motion/Request for Subpoenas (Doc. 57). Pursuant to that Order the Clerk of the Court sent Plaintiff the subpoenas and USM-285 forms. Plaintiff was to return the completed subpoenas and forms to the Clerk of the Court by October 13, 2010. As of this date, Plaintiff has not complied. Therefore, unless Plaintiff returns subpoenas he wishes to have served by the United States Marshal, no such subpoenas shall be served. Accordingly,

**IT IS HEREBY ORDERED:**

1. Directing the Clerk of the Court to issue **an additional** three (3) subpoenas in blank and three (3) USM-285 forms and mail to Plaintiff to complete with each subpoena.

2. Plaintiff shall complete the subpoenas and corresponding USM-285 forms and return them to the Clerk of the Court. Plaintiff shall have until **December 15, 2010** in which to return the completed subpoenas and USM-285 forms to the Court. Upon receipt

1  of the completed subpoenas and USM-285 forms, the Clerk of the Court shall **immediately**
2  forward the completed subpoenas and forms to the United States Marshal for service.
3         3.     The United States Marshal is directed to serve the trial subpoenas **on or**
4  **before January 7, 2011** and file notice that it has done so with the Clerk of the Court.
5         DATED this 1st day of December, 2010.

_____
G. Murray Snow
United States District Judge

- 2 -