IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

Leon H. Pogue,  )
        Plaintiff,  )   No. 1:07cv-01577-GMS
vs.  )
          )   **ORDER**
Dr. Igbanosa, et al.,  )
        Defendants.  )

    Pending before the Court is Plaintiff's Notice to Defendants that Defendant Herman has been Located and Service of a Summons, Complaint and Subpoena has been Filed with the U.S. Marshal's Office in Fresno California (Doc. 71). This Notice apparently is an attempt to renew Plaintiff's Notice to Request of the Marshal to Serve Defendant Ehrman (Doc. 65). With all due respect to Plaintiff, the Court has already dealt with his request to serve Defendant Ehrman with the Complaint at this late date.

    In its Order filed on August 31, 2010 (Doc. 52), this Court noted that because Plaintiff had demonstrated no diligence at all in trying to locate and have Defendant Ehrman be served it would not authorize service upon Defendant Ehrman after the Complaint had abated as to him and after discovery had closed, discovery motion deadlines had passed and the pretrial conference had been held. No facts have changed since that time. Therefore, to the extent that Plaintiff requests the Court's authorization to order the Marshal's to serve previously named Defendant Ehrman, that request is denied. The Court

again notes as it did in its previous Order that the Complaint long ago abated as to Defendant Ehrman.

In Plaintiff's Notice (Doc. 71), he further requests a telephone conference be scheduled with the Court to determine whether the extension requested by Defendants which Plaintiff does not oppose will be granted. The Court has already denied that extension. *See* Order dated December 21, 2010 (Doc. 70).

**IT IS HEREBY ORDERED** denying Plaintiff's Request to extend trial date and reaffirming trial is set for January 19, 2011.

DATED this 3rd day of January, 2011.

_____
G. Murray Snow
United States District Judge