IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Leon H. Pogue, | ) | |
| Plaintiff, | ) | No. 1:07-cv-01577-GMS |
| vs. | ) | |
| Dr. Igbanosa, et al., | ) | **ORDER** |
| Defendants. | ) | |

Plaintiff is a prisoner proceeding pro se with an action under 42 U.S.C. § 1983. Communication between the Court and inmate Plaintiff Leon H. Pogue, CDCR # E-65357, is required prior to a settlement conference set before Magistrate Judge Craig M. Kellison on January 27, 2011. By this Order, the Court directs the Warden and the correctional staff at Pleasant Valley State Prison to facilitate a video conference between Court Representatives Amanda Brown and Jaime Williams and inmate Plaintiff Leon H. Pogue. The video conference must be a confidential communication between the Court Representatives and inmate Plaintiff. Plaintiff must be able to communicate with the Court Representatives without having his conversation overheard by others, including correctional officers. This Order, however, does not prohibit correctional staff from maintaining visual surveillance of Plaintiff during his video conference with Court Representatives.

In accordance with the above, **IT IS HEREBY ORDERED** that:

1. The Warden and correctional staff at Pleasant Valley State Prison shall facilitate a video conference between inmate Plaintiff Leon H. Pogue and Court Representatives Amanda Brown and Jaime Williams.

2. The video conference shall be placed on **January 20, 2011 at 9:00 a.m.** and shall continue without interruption, for a maximum of 60 minutes or until completed, whichever is earlier. Correctional staff shall initiate the video conference. To obtain the ISDN, correctional staff shall contact Andre Carrier, Telecom Systems Administrator for the Eastern District of California, Sacramento **at (916) 930-4223**.

3. The video conference shall be a confidential communication between the Court Representatives and inmate Plaintiff and conducted so as not to be overheard by correctional staff or others. Correctional staff, however, may keep inmate Plaintiff under visual surveillance during the conversation.

4. Failure to comply with this Order may result in an order requiring the Warden of Pleasant Valley State Prison, or others responsible for the failure to comply, to appear before the Court to show cause why sanctions should not be imposed against them.

5. The Clerk of the Court is directed to serve a copy of this Order on the Litigation Office at Pleasant Valley State Prison **via facsimile at (559) 935-4928**.

DATED this 12th day of January, 2011.

_G. Murray Snow_
United States District Judge