UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON H. POGUE, | 1:07-cv-01577-GMS (PC) |
| Plaintiff, | AMENDED ORDER & WRIT OF HABEAS CORPUS |
| vs. | AD TESTIFICANDUM TO TRANSPORT LEON H. POGUE, CDC #E-65357, |
| DR. IGBANOSA, et al., | PLAINTIFF |
| Defendants. / | DATE: JANUARY 27, 2011<br>TIME: 1:00 P.M. |

**Leon H. Pogue**, inmate, CDC# E-65357, a necessary and material witness in a settlement conference in this case on January 27, 2011, is confined in Pleasant Valley State Prison, 24863 West Jayne Avenue, Coalinga, California 93210, in the custody of the Warden. The settlement conference, previously set to occur at Folsom State Prison, is now set to occur at California State Prison, Solano. In order to secure this inmate's attendance it is necessary that an amended Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate before Magistrate Judge Craig M. Kellison at California State Prison, Solano, 2100 Peabody Road, Vacaville, California 95696, at 12:00 p.m.

**ACCORDINGLY, IT IS ORDERED that:**

1. This shall amend the writ issued January 10, 2011 due to the location of the settlement conference being changed from Folsom State Prison to California State Prison, Solano.

2. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above to participate in a settlement conference at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation;

3. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ;

4. The Clerk of the Court is directed to serve a courtesy copy of this Order and Writ of Habeas Corpus ad Testificandum on the Out-To-Court Desk, California State Prison, Solano, P. O. Box 4000, Vacaville, California 95696 and to fax a copy to the Litigation Coordinator at Pleasant Valley State Prison at (559) 935-4928.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

**To: Warden, Pleasant Valley State Prison, P. O. Box 8500, Coalinga, California, 93210:**

**WE COMMAND** you to produce the inmate named above to testify before Judge Kellison, at the time and place above, until completion of the settlement conference or as ordered by Judge Kellison; and thereafter to return the inmate to the above institution, or other appropriate facility at the discretion of the California Department of Corrections and Rehabilitation. This inmate's legal property, relevant to the above entitled case, shall accompany the inmate.

/ / /
/ / /
/ / /

**FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

DATED this 21st day of January, 2011.

*H. Murray Snow*
_____
G. Murray Snow
United States District Judge