IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>             Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>             Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

Pending before the Court is Plaintiff's Notice of Motion to Vacate January 21, 2011 Order & Writ of Habeas Corpus Ad Testificandum to Transport Leon H. Pogue, CDC #E-65357, Plaintiff (Doc. 84).

**IT IS HEREBY ORDERED** denying Plaintiff's Motion as moot.

DATED this 28th day of January, 2011.

_____
G. Murray Snow
United States District Judge