# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **L.H. "QIYAM" POGUE,**<br>Plaintiff,<br>v.<br>**DR. IGBINOSA, ET AL.**,<br>Defendants. | Case No. 01:07-CV-1577 GMS<br><br>**ORDER** |

Having considered the parties' Joint Stipulation Modifying Discovery Cut-Off Date and Setting Expert Discovery Schedule (Doc. 98),

**IT IS HEREBY ORDERED** extending the fact discovery/expert disclosure deadlines to and including, **July 8, 2011**. No further extensions will be granted.

Dated this 26th day of May, 2011.

_____
G. Murray Snow
United States District Judge