IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br>           Plaintiff,<br>vs.<br>Dr. Igbanosa, et al.,<br>           Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

On June 6, 2011, the Court met with the parties this afternoon in a telephonic discovery dispute pertaining to outstanding requests for production and outstanding interrogatories. After conferring with the parties, Defendants agree that it has yet to supplement certain requests for production with documents that remain outstanding. Defendants represent that all of their individual and internal files, including electronic documents and files will be searched for responsive documents to the extent that the document request can be limited to documents that pertain to this lawsuit. Defendants further represent that all responsive documents will be provided to Plaintiff by **June 13, 2011**.

As it pertains to Plaintiff's request that the interrogatory responses be supplemented, the Court determines that the interrogatory responses are sufficient.

DATED this 8th day of June, 2011.

_____
G. Murray Snow
United States District Judge