IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Leon H. Pogue, | ) | |
| Plaintiff, | ) | No. 1:07-cv-01577-GMS |
| vs. | ) | |
| Dr. Igbanosa, et al., | ) | **ORDER** |
| Defendants. | ) | |

The Court met with the parties this afternoon in a telephonic discovery conference concerning disputed discovery matters. After conferring with the parties,

**IT IS ORDERED:**

1. Mr. Brodbeck will, no later than July 18, provide to the Plaintiff a document describing all the steps taken to preserve documents pertinent to this litigation, and the steps taken by all Defendants, including the individual Defendants, to locate documents responsive to Plaintiff's requests.

2. If after receiving this document, Plaintiff feels that it demonstrates a basis for seeking sanctions, the Plaintiff will mail to this court the document provided by Mr. Brodbeck, together with the transcript pages of any controverting testimony. Mr. Brodbeck will immediately thereafter provide any responsive transcript excerpts or other documents. The parties will then arrange a subsequent conference call with the Court in which the Court

1

1  will determine whether it will authorize Plaintiff to file a motion for sanctions.

2      3.    Defendants have until **August 5, 2011** to provide Plaintiff with the missing
3  MRI scans. Should Defendants fail to provide the MRI scans by that date, Plaintiff may file
4  a concise motion with the Court seeking appropriate relief and/or sanctions.

5      4.    Plaintiff will overnight its expert report to Defense counsel on Monday
6  evening, **July 11, 2011**.

7      5.    Any rebuttal report will be provided to Plaintiff's counsel no later than **July
8  22, 2011**.

9      6.    All expert depositions will be taken by **August 12, 2011**.

10      7.    The Deadline for filing dispositive motions shall remain **August 22, 2011**.

11  DATED this 8th day of July, 2011.

*[signature]*
G. Murray Snow
United States District Judge