IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>        Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>        Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER** |

On August 12, 2011, the Court held a telephonic conference with the parties pertaining to the Plaintiff's request to file a motion for sanctions, and a few additional matters. After consulting with the parties, and in light of the materials filed by the Plaintiff,

**THE COURT RULES AS FOLLOWS:**

With respect to the Plaintiff's request to file a motion for sanctions for the Defendants' failure to take timely and reasonable action to preserve documents at the inception of this litigation, the request is denied. The Court determines from the submitted materials that the Defendants took reasonable and sufficient steps to preserve documents once they became aware of this lawsuit, and no sanctions are merited. Further, with respect to the Plaintiff's request to file a motion for sanctions with respect to the failure of the individual defendants to sufficiently respond to the Plaintiff's request for production, Plaintiff may file such a motion with respect to Dr. Diep's response/ failure to respond, and the response/failure to respond of all other Defendants with the exception of Dr. Igbanosa and Mr. Yates. The Motion for Sanctions shall not exceed seven pages and shall be filed

by **August 19, 2011**.  Defendants' response shall not exceed seven pages and shall be filed by **August 29, 2011**.  There shall be no Reply permitted.

      The Defendants have provided good cause to extend the deadline for case dispositive motions.  The new case dispositive motion deadline is established as **September 9, 2011**.

      DATED this 12th day of August, 2011.

_____
G. Murray Snow
United States District Judge