IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Leon H. Pogue, | ) | No. 1:07cv-01577-GMS |
| Plaintiff, | ) | **ORDER** |
| vs. | ) | |
| Dr. Igbanosa, et. Al., , | ) | |
| Defendant. | ) | |

Pending before the Court are Defendant's Notice of Motion and Motion for 5 Day Extension of Time to File Declaration of john Ahlin in Support of Opposition to Motion for Discovery Sanctions (Doc. 109) and Motion for Leave to File Exhibits A and C (Doc. 110). Accordingly,

**IT IS ORDERED** granting both Motions (Docs. 109-110).

DATED this 17th day of October, 2011.

*A. Murray Snow*
G. Murray Snow
United States District Judge