IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Leon H. Pogue,<br><br>        Plaintiff,<br><br>vs.<br><br>Dr. Igbanosa, et al.,<br><br>        Defendants. | No. 1:07cv-01577-GMS<br><br>**ORDER SETTING TRIAL** |

A Final Pretrial Conference was held on May 4, 2012. George Morris appeared on behalf of Plaintiff and Michael Lee appeared on behalf of Defendants. On the basis of the parties' written submissions and the hearing,

**IT IS HEREBY ORDERED:**

1. Trial in this matter shall begin on **December 11, 2012** in Courtroom 3, 7th Floor, Robert E. Coyle Courthouse, United States District Court, 2500 Tulare Street, Fresno, California, 93721.

2. The trial shall last no more than **4 days.** Plaintiff shall be allotted **8 hours** of trial time and Defendants shall be allotted **6 hours** of trial time. The Court will keep track of each side's time. Opening and closing statements, direct examination, and cross-examination shall be counted against the parties' allotted time.

3. A final conference shall be held on **December 11 at 8:30 a.m.**

4. The parties' proposed final pretrial order was approved by the Court as the final pretrial order in this case. The Order shall govern the presentation of evidence and

other trial issues, and, pursuant to Rule 16(e) of the Federal Rules of Civil Procedure, shall be modified only to prevent manifest injustice. Evidence, objections, legal arguments, and relief not requested or identified in the order shall not be available at trial, except to prevent manifest injustice.

      5.    The Court addressed Plaintiff's Motion in Limine (Doc. 132) is granted without objection by the Defendants.

      6.    The Court addressed Defendants' Motion in Limine (Doc. 129). Pogue will not be allowed to offer medical opinions about his condition, but will be permitted to give his lay observations about his physical condition, pain, etc. Dr. Jones' testimony will be limited to opinions based upon Dr. Diep's actions and/or those of Price. To the extent that Dr. Jones's testimony involves appeals submitted by Mr. Pogue, it will only be permitted to the extent that Dr. Diep was aware of those appeals. The pharmacist will be allowed to testify concerning medicines described by Dr. Diep as well as the cost of medicines for purposes of establishing damages. The remainder of Defendants' motion in limine will be denied without prejudice to its renewal at trial.

      7.    There will be 8 jurors, and the jury will be instructed after closing arguments.

      8.    The original and five copies of all trial exhibits along with exhibit lists shall be submitted to Courtroom Deputy Michelle Rooney no later than **five days prior to trial**. Original for the Courtroom Deputy, one copy for the undersigned, one copy for the court reporter, one copy for the witness stand, one copy for the opposing side, and one copy to be retained by the party. Plaintiff's exhibits shall be pre-marked with the prefix "PX" and numbered sequentially beginning with 100 (e.g., PX-100, PX-101, etc.). Defendant's exhibits shall be pre-marked with the prefix "DX" and lettered sequentially beginning with A (e.g., DX-A, DX-B, etc.).

DATED this 7th day of May, 2012.

_____
G. Murray Snow
United States District Judge