UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| L.H. "QIYAM" POGUE,<br><br>      Plaintiff,<br>v.<br><br>DR. IGBINOSA, ET AL.,<br><br>      Defendants | Case No. 07-CV-1577 GMS<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT LEON H. POGUE, CDC #E-65357, PLAINTIFF**<br><br>Judge: Hon. G. Murray Snow<br><br>Trial Date: December 11, 2012<br>Action Filed: February 27, 2008 |

   Plaintiff Leon H. Pogue, inmate, CDC# E-65357, is a necessary and material witness on his own behalf, in trial in this case scheduled to begin December 11, 2012 at 8:30 a.m. Mr. Pogue is confined at California Medical Facility ("CMF"), 1600 California Drive, Vacaville, CA 95687, in the custody of the Warden. Mr. Pogue has arrangements at CMF necessary for a prisoner with his disabilities and medical needs, which may be impacted by a lengthy transfer for trial. In order to secure Mr. Pogue's attendance and minimize the impact on his health, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue as follows, commanding the custodian to produce the inmate for trial.

   **ACCORDINGLY, IT IS HEREBY ORDERED** that:

   1.  A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of California Medical Facility, Solano County, and the California Department of Corrections and Rehabilitation to produce inmate Leon H. Pogue, CDC# E-65357, on December 11, 2012, at 7:30 a.m., for proceedings in Courtroom #3, 7th Floor, Robert E. Coyle

Courthouse, United States District Court, 2500 Tulare Street, Fresno, California, 93721, until the completion of this proceeding or as ordered by the Court;

      2.      The custodian transfer Mr. Pogue from his current cell at California Medical Facility as close to the December 11, 2012, trial start date as is feasible, but no earlier than December 4, 2012 (one week before the trial date); and

      3.      The custodian notify the Court of any change in the custody of Mr. Pogue and provide the new custodian with a copy of this writ.

## WRIT OF HABEAS CORPUS AD TESTIFICANDUM

TO THE WARDEN OF CALIFORNIA MEDICAL FACILITY, SOLANO COUNTY:

YOU ARE COMMANDED to produce inmate Leon H. Pogue, CDC# E-65357, on **December 11, 2012, at 7:30 a.m.**, for trial in the above-captioned case in Courtroom #3, 7th Floor, Robert E. Coyle Courthouse, United States District Court, 2500 Tulare Street, Fresno, California, 93721, until the completion of this proceeding or as ordered by the Court;

FURTHER, you have been ordered to transfer Mr. Pogue from his current cell at California Medical Facility as close to the December 11, 2012, trial start date as is feasible, but no earlier than December 4, 2012 (one week before the trial date); and

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Pogue and to provide the new custodian with a copy of this writ.

Dated this 13th day of November, 2012.

*/s/ H. Murray Snow*
/G. Murray Snow
United States District Judge