FILED

DEC 11 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
     DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEON H. POGUE, | CASE NO. 1:07-cv-01577-GMS PC |
| Plaintiff, | ORDER REQUIRING PRODUCTION OF PLAINTIFF FOR TRIAL ON DECEMBER 12, 2012, AT 8:00 A.M. |
| v. | |
| DIEP, et. al. | |
| Defendants, | |

Plaintiff Leon H. Pogue # E-65357, shall be produced to testify before the United States District Court, at 2500 Tulare Street in Fresno, California at 8:00 a.m. on Wednesday, December 12, 2012, and from day to day until completion of the proceedings or as ordered by the Court.

It is so ORDERED.

DATED: 12.11.2012

G. Murray Snow
G. MURRAY SNOW
UNITED STATES DISTRICT JUDGE

1