

**FILED**
DEC 14 2012
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| L.H. POGUE, | CASE NO. 1:07-cv-01577-GMS PC |
| Plaintiff, | NOTICE AND ORDER THAT LEON H. POGUE #E-65357, IS NO LONGER NEEDED IN THESE PROCEEDINGS, |
| v. | |
| JOHN DIEP, | |
| Defendants. | |

Jury trial in this matter commenced on December 1$, 2012. Inmate **Leon H. Pogue, #E-65357**, is no longer needed by the Court these proceedings. Accordingly, the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

DATED: 12-14-12

G. Murray Snow
UNITED STATES DISTRICT JUDGE

1