ALEXIS COLL-VERY (State Bar No. 212735)
acoll-very@stblaw.com
STEPHEN P. BLAKE (State Bar No. 260069)
sblake@stblaw.com
SIMPSON THACHER & BARTLETT LLP
2475 Hanover Street
Palo Alto, CA  94304
Telephone:  (650) 251-5000
Facsimile:   (650) 251-5002

Attorneys for Plaintiff L.H. "QIYAM" POGUE

# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

### FRESNO DIVISION

| | |
|---|---|
| **L.H. "QIYAM" POGUE,**<br><br>　　　　　　　　　　Plaintiff,<br>v.<br>**DR. IGBINOSA, ET AL.**,<br>　　　　　　　　　　Defendants | Case No. 07-CV-1577 GMS<br><br>**ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO TRANSPORT LEON H. POGUE, CDC #E-65357, PLAINTIFF**<br><br>Judge: Hon. G. Murray Snow<br><br>Trial Date: March 19, 2013<br>Action Filed: February 27, 2008 |

Plaintiff Leon H. Pogue, inmate, CDC# E-65357, is required to attend a mediation session for this case scheduled to take place before Chief Magistrate Judge Sandra M. Snyder on January 16, 2013, at 9:30 a.m. Mr. Pogue is confined at California Medical Facility ("CMF"), 1600 California Drive, Vacaville, CA 95687, in the custody of the Warden. Mr. Pogue has arrangements at CMF necessary for a prisoner with his disabilities and medical needs, which may be impacted by a lengthy transfer for this mediation session. In order to secure Mr. Pogue's attendance and minimize the impact on his health, it is necessary that a Writ of Habeas Corpus Ad Testificandum issue as follows, commanding the custodian to produce the inmate for this mediation session.

**ACCORDINGLY, IT IS HEREBY ORDERED** that:

1. A Writ of Habeas Corpus Ad Testificandum issue, under the seal of this Court, commanding the Warden of California Medical Facility, Solano County, and the California Department of Corrections and Rehabilitation to produce inmate Leon H. Pogue, CDC# E-65357, on January 16, 2013, at 9:30 a.m., for proceedings in Courtroom #1, 8th Floor, Robert E. Coyle Courthouse, United States District Court, 2500 Tulare Street, Fresno, California, 93721, on January 16, 2013, at 9:30 a.m., until the completion of this proceeding or as ordered by the Court;

2. The custodian transfer Mr. Pogue from his current cell at California Medical Facility as close to the January 16, 2013, mediation date as is feasible, but no earlier than January 11, 2013; and

3. The custodian notify the Court of any change in the custody of Mr. Pogue and provide the new custodian with a copy of this writ.

**WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

TO THE WARDEN OF CALIFORNIA MEDICAL FACILITY, SOLANO COUNTY:

YOU ARE COMMANDED to produce inmate Leon H. Pogue, CDC# E-65357, on January 16, 2013, at 9:30 a.m., for a mediation session in the above-captioned case in Courtroom #1, 8th Floor, Robert E. Coyle Courthouse, United States District Court, 2500 Tulare Street, Fresno, California, 93721, until the completion of this proceeding or as ordered by the Court;

FURTHER, you have been ordered to transfer Mr. Pogue from his current cell at California Medical Facility as close to the January 16, 2013, mediation start date as is feasible, but no earlier than January 11, 2013 (five days before the mediation date); and

FURTHER, you have been ordered to notify the Court of any changes in the custody of Mr. Pogue and to provide the new custodian with a copy of this writ.

Dated:  December 26, 2012

/s/ G. Murray Snow<br>
The Honorable G. Murray Snow<br>
United States District Judge