1
2
3
4
5
6
7
8                       **UNITED STATES DISTRICT COURT**
9                   **FOR THE EASTERN DISTRICT OF CALIFORNIA**
10                              **FRESNO DIVISION**
11

12  _____

13  **L.H. "QIYAM" POGUE,**                          ) Case No. 01:07-CV-1577 GMS
                                            )
                               Plaintiff,   )
14                                           ) **ORDER**
                                            )
           **v.**                           )
15                                           )
    **DR. IGBINOSA, ET AL.**,                )
16                                           )
                                            )
17                         Defendants.      )
                                            )
18                                           )
                                            )
19  _____)

20          Pursuant to the parties' Stipulation of Dismissal with Prejudice (Doc. 171) and good cause
21  appearing,
22          **IT IS HEREBY ORDERED** dismissing this action with prejudice.
23
    Dated this 1st day of March, 2013.
24
25  _____
26                        G. Murray Snow
                    United States District Judge
27
28